UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G & G Closed-Circuit Events, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 14-CV-02073 |
| ) | |
| v. ) | Judge Joan Gottschall |
| ) | Magistrate Jeffrey Cole |
| Jaime F. Castillo, Maria A. Castillo, ) | |
| and El Bajio Enterprises, Inc. ) | |
| ) | |
| Defendants. ) | |
| | |
| Jaime F. Castillo, on behalf of himself ) | |
| and others similarly situated, ) | |
| ) | |
| Counter-Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| G & G Closed-Circuit Events, LLC, ) | |
| ) | |
| Counter-Defendant. ) | |

**DEFENDANTS/COUNTER-PLAINTIFFS' MOTION TO COMPEL
AND FOR DISCOVERY SANCTIONS**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Defendants/Counter-Plaintiffs ("Defendants") hereby move for an order compelling Plaintiff G & G Closed-Circuit Events, LLC ("Plaintiff") to respond to Defendants' written discovery requests; to schedule and complete depositions by a date certain; to comply with an in-camera review of documents improperly designated Confidential under the Court's Confidentiality Order; and for sanctions under Rule 37 for failure to comply with discovery in general. In support of this Motion, Plaintiff states as follows:

Defendants served an initial set of interrogatories and document requests on April 30, 2015. Since that time, as described in more detail in the brief in support of this Motion, Plaintiff and its counsel have utilized only three discovery tactics: delay, obfuscation and unresponsiveness. It is with great sadness and humility that Defendants' counsel once again crawls before this court, begging for assistance in obtaining compliance with simple and straightforward discovery.

WHEREFORE, Defendants respectfully request that this Court enter an order (a) compelling Plaintiff to immediately provide complete responses to Defendants' Second Set of Interrogatories; (b) ordering Plaintiff to provide all documents produced subject to protective order for in-camera review for misdesignation; (c) requiring that Plaintiff set the depositions of Nicholas and Joseph Gagliardi to be completed on or before January 31, 2015; (d) requiring that Plaintiffs either take the deposition of Jaime and Maria Castillo on or before December 31, 2015 or waive their opportunity to do so; (e) granting Defendants until March 1, 2015 to name additional parties and allowing Defendants additional time to complete discovery; (f) requiring Plaintiff to pay Defendant's reasonable attorneys' fees and expenses incurred because of Plaintiff's failures to comply with discovery and this Court's Protective Order; (g) setting additional sanctions for non-compliance with the order entered herein; and (h) granting any such additional relief as this Court deems necessary and appropriate.

Respectfully submitted,

_____/s/ Lisa L. Clay
Counsel for Defendants/
Counter-Plaintiffs

Lisa L. Clay, Attorney at Law
345 North Canal Street, Suite C202
Chicago, Illinois 60606
Phone: 312.753.5302
lclayaal@gmail.com
ARDC # 627725

## CERTIFICATE OF SERVICE

Lisa L. Clay, an attorney, certifies that on November 27, 2015 she served a copy of the foregoing

*Defendants/Counter-Plaintiff's Motion to Compel and for Discovery Sanctions* by filing same via

the ECF filing system, with notice being provided to the following:


Andre Ordeanu                           Zane Smith
andre@zanesmith.com                     zane@zanesmith.com


I also certify that I arranged for a courtesy copy of same to be delivered to chambers

pursuant to applicable local rule.


                                          /s/ Lisa L. Clay