UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

GG Closed−Circuit Events, LLC.

                                                Plaintiff,

v.                                                                    Case No.: 1:14−cv−02073
                                                                     Honorable Joan B. Gottschall

Jaime F. Castillo, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 2, 2015:

      MINUTE entry before the Honorable Jeffrey Cole: Status hearing held and continued to 2/16/2016 at 08:30 AM. Motion hearing held. Discovery conference held in chambers. DirecTv havingcomplied, defendants' motion to compel compliance with 3rd party subpoena [66] ismoot. Defendants' amended motion to compel and for discovery sanctions [70] isgranted in part and denied in part. The list of defendants sued by the plaintiff for conduct like that alleged in this case shall be turned over. The parties agree that the agreement between DirecTV and GG shall remain confidential as previouslydesignated. As to Bates Nos. 44−54, the defendants' objection to the designationof the documents as confidential is overruled and the designation shall stand.The parties have agreed to undesignate 1−9, 16, 30, 43, 55−59, 60−84, 86, 88−93, 96−96. As to Bates Nos. 10−11 and 12−15, the defendants' objections are sustainedand the plaintiff's designations are overruled. As to Bates No. 17, the partiesagree that the confidentiality designation shall stand. As to Bates Nos. 18−29, the defendants' objections are overbroad and the plaintiff's designation of confidentiality is sustained. The parties have agreed that as to Bates Nos. 31−42,the confidentiality designation shall stand. As to Bates Nos. 85, 87, and 94, the defendants' objection to confidentiality is sustained and the plaintiff'sdesignation is overruled. As to defendants' Interrogatory Nos. 18 and 19, it is withdrawn. The plaintiff has agreed to respond to Interrogatory No. 20 with theanswer provided in the chambers conference this morning. Interrogatory No. 21is moot. The parties shall agree on a deposition schedule for the defendants andMr. Gagliardi by 12/7/15. The defendants shall have until 3/1/15 to nameadditional parties. The defendants are given leave to take 12 depositions overthe objection of the plaintiff.Mailed notice(jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.