**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2014-cv-2073 |
| | ) | |
| JAIME F. CASTILLO, et al., | ) | |
| | ) | |
| Defendants / Counter-Plaintiffs. | ) | |

### DECLARATION OF ANDRE ORDEANU IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS

I, ANDRE ORDEANU, declare as follows:

1. I am counsel for the Plaintiff in this matter. I am duly licensed to practice law in the State of Illinois and am a member of the bar of this Court.

2. I have personal knowledge of each and every fact stated herein and could competently testify thereto if called as a witness.

3. I make this Declaration in Support of Plaintiff's Motion for Sanctions.

4. On August 30, 2016, pursuant to the requirement of Federal Rule of Civil Procedure 11(c)(2), I served a copy of the Motion for Sanctions and Brief in Support thereof now being filed to Lisa Clay, Esq., attorney for Defendants. Save for updating citations and correcting typographical or editing errors, the Brief being filed herein is identical to the Brief originally served and filed in 2016.

5. Attached hereto as Exhibit 1 are true and correct copies of relevant portions of the Deposition testimony of Jaime Castillo.

6. Attached hereto as Exhibit 2 are true and correct copies of relevant portions of the Deposition testimony of Maria Castillo.

7. Attached hereto as Exhibit 3 are true and correct copies of relevant portions of the Deposition testimony of Julie Dadayan, Esq.

8. Attached hereto as Exhibit 4 are true and correct copies of relevant portions of the Deposition testimony of Thomas P. Riley, Esq.

9. Attached hereto as Exhibit 5 are true and correct copies of relevant portions of the Deposition testimony of Nicolas J. Gagliardi.

10. Attached hereto as Exhibit 6 are true and correct copies of relevant portions of the Deposition testimony of Aaron Lockner.

11. Attached hereto as Exhibit 7, collectively, are true and correct copies of the following documents produced by DirecTv and provided by Defendants via discovery: DirecTv Nos. 0009, 0010, 0014, 0022, 0023, 0024, 0025.

12. Attached hereto as Exhibit 8, collectively, are true and correct copies of the following documents provided during discovery: Bates Nos. 1, 6, 9, 11, 230, 234, 238, 240, 244, 250, 394, 402-406

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 12th day of January 2018 at Chicago, Illinois.

/s/ Andre Ordeanu
Andre Ordeanu

## CERTIFICATE OF SERVICE

      I, Andre Ordeanu, on oath state that a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court on January 12, 2018 using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

      /s/ Andre Ordeanu
      Andre Ordeanu

ZANE D. SMITH & ASSOCIATES, LTD.
221 North LaSalle Street - Suite 1320
Chicago, Illinois 60601
(312) 245-0031
(312) 245-0022 – Fax
Attorney I.D. 06280752